

FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Anthony Mark Tinoco

DEFENDANT(S).

CASE NUMBER

CR 08 - 1201 - 6 FMC

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of _defendant_ , IT IS ORDERED that a detention hearing is set for _10/ 27 /08_ , _____ , at _10:30_ ☑a.m. / ☐p.m. before the Honorable _Jacqueline Chooljian_ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/21/08_

U.S. District Judge/Magistrate Judge